SUCESIÓN DE PEDRO MONROIG, compuesta de NEMESIO, VALERIA, AGUEDA, LEONARDA, LEONCIA, FÉLIX, JUANA, PEDRO, MONSERRATE, CARMEN Y VICTORIA MONROIG VÉLEZ y MARÍA JUANA VÉLEZ VIUDA de PEDRO MONROIG, demandantes y apelantes, *v.* GUILLERMO ESTEVES y RAFAEL M. GONZÁLEZ, demandados y apelados.

No. 4093 *Visto:* Noviembre 17, 1926. *Resuelto:* Diciembre 23, 1926.

DOMINIO EMINENTE—REMEDIO—DE LOS DUEÑOS DE PROPIEDAD—REMEDIO POR INJUNCTION—INJUNCTION PARA IMPEDIR LA TOMA U OCUPACIÓN DE PROPIEDAD— EN GENERAL—INJUNCTION CONTRA FUNCIONARIOS DEL GOBIERNO.—Cuando funcionarios del Gobierno se incautan de propiedad privada sin hacerse la debida compensación, procede un *injunction* mandatorio contra los mismos para reponer al demandante en la posesión de su propiedad.

SENTENCIA de *Enrique S. Mestre, J.* (Aguadilla), declarando sin lugar petición de injunction. *Revocada.*

*García Méndez & García Méndez,* abogados de la sucesión apelante; *Hon. Attorney General George C. Butte* y *F. G. Pérez Almiroty,* Sub-attorney general, abogados de los apelados.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Este caso difiere de *El Pueblo de Puerto Rico, represen*

*tado por Guillermo Esteves, Comisionado del Interior,* v. *Narciso y Violante Rabell Cabrero, ante,* p. 130 en dos puntos importantes.

Aquí se solicita el *injunction* en un caso directo contra el Comisionado del Interior y no está radicado como un incidente de un caso de expropiación ya comenzado. Segundo, el remedio solicitado en este caso, entre otras cosas, es un *injunction* mandatorio para reponer al demandante en la posesión de su propiedad. Partiendo de la base de los hechos alegados, de conformidad con los principios sentados en el caso anterior, procede naturalmente un *injunction* contra el Comisionado y la única cuestión envuelta es si en el presente caso procede un *injunction* mandatorio. Sin embargo, no vemos cómo se puede llegar a otra conclusión que no sea que cuando la propiedad privada es tomada sin hacerse la debida compensación, como se describe en la demanda, los funcionarios del gobierno que se incautan de ella deben devolverla al demandante en cuanto fuere posible en las mismas condiciones en que estaba la propiedad cuando se efectuó la usurpación. Como pudiera surgir alguna cuestión de hecho, *la resolución apelada debe revocarse y el caso devolverse para que se libre el auto solicitado o para ulteriores procedimientos no inconsistentes con esta opinión.*

El Juez Asociado Señor Hutchison no intervino.